# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LINDA RIVERA,**

        **Plaintiff,**

-vs-                                  Case No. 6:08-cv-804-Orl-22GJK

**VASCULAR SPECIALISTS OF CENTRAL FLORIDA, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 20) filed on February 13, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 7, 2009 (Doc. No. 25) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 20) is GRANTED with the reallocation of funds; Plaintiff receiving $2,075.80 and Plaintiff's counsel receiving $2,924.20 for fees and costs.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 22, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge